IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Randy Santos                                    )
                                                )
                                                )
       Plaintiff              )
v.                                              )   CIVIL ACTION NO.  1:13cv1480
                                                )
Loba Transit & Tours, Inc.                      )
                                                )
       Defendant              )

## DEFAULT JUDGMENT

    A default having been entered against the defendant Loba Transit & Tours, Inc. and counsel for the plaintiff Randy Santos having requested judgment against the defaulted defendant Loba Transit & Tours, Inc. and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

    ORDERED and ADJUDGED that the plaintiff Randy Santos recover of the defendant Loba Transit & Tours, Inc. the sum of $30,000.00 and attorney's fees in the amount of $10,000.00.

Dated at Alexandria, Virginia, this 23rd day of July, 2014.

                                            FERNANDO GALINDO
                                            CLERK OF COURT

                                            BY: _____/s/_____
                                                 Kathy Lau
                                                 Deputy Clerk